■ MKCAC, LLC, et al., Appellants, v COUNTY OF ONEIDA et al., Respondents. [45 NYS3d 841]—Appeal from an order of the Supreme Court, Oneida County (Erin P. Gall, J.), entered March 5, 2015. The order, among other things, denied the motion of plaintiffs for summary judgment, and granted the cross motion of defendant County of Oneida to amend its answer, and for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

■ VILLAGE OF SCOTTSVILLE, Respondent, v JOHN McINTOSH et al., Appellants, et al., Defendant. [45 NYS3d 840]—Appeal from a judgment and order (one paper) of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered September 10, 2015. The judgment and order, inter alia, granted the cross motion of plaintiff for summary judgment and a permanent injunction.

It is hereby ordered that the judgment and order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52027[U] [Sup Ct, Monroe County 2015]). Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

■ In the Matter of KENNETH W. JAMES, Petitioner, v TINA M. STANFORD, Chairwoman, New York State Board of Parole, et al., Respondents. [45 NYS3d 840]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Penny M. Wolfgang, J.], entered February 19, 2016) to review a determination of respondent Tina M. Stanford, Chairwoman, New York State Board of Parole. The determination revoked the parole of petitioner.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.